**No. 69064.**—Hershey Co. *v.* United States, protests 63/22443 and 64/4081 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl articles similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 4, 1965

**No. 69065.**—Liebermann Waelchli & Co., N.Y., Inc., et al. *v.* United States, protests 63/17834, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.